IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT L. QUIGLEY, | : |
| | : |
| Plaintiff, | :   CIVIL ACTION |
| | : |
| v. | :   No. 08-cv-5564 |
| | : |
| FRANKFORD HOSPITAL OF THE CITY | : |
| OF PHILADELPHIA, et al., | : |
| | : |
| Defendants. | : |

**ORDER**

AND NOW, this   19th   day of January, 2010, upon consideration of the parties' notification that this case has been settled in full through arbitration, it is hereby ORDERED that the above-captioned action is DISMISSED with prejudice pursuant to Local Rule of Civil Procedure 41.1(b).  It is further ORDERED that Plaintiff's Motion to Compel Discovery (Doc. No. 7), and Defendants' Motions to Dismiss (Doc. Nos. 16 & 17) are hereby DENIED as moot.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER, J.